<pre>
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
</pre>

| | |
|---|---|
| TANEQUA MONIQUE BRAYBOY and<br>MICKEY FRED, as CO-ADMINISTRATORS<br>OF THE ESTATE OF C.D.F., TRANEQUA<br>MONIQUE BRAYBOY, individually, and<br>MICKEY FRED, individually<br><br>          Plaintiffs,<br><br>  v.<br><br>FISHER-PRICE, INC., MATTEL, INC., and<br>WAL-MART, INC.<br><br>          Defendants. | Case No. 3:21-cv-00384-RNC<br><br><br><br>JURY DEMANDED<br><br><br><br>June 2, 2023 |

## **JOINT STATUS REPORT**

Plaintiffs, Tanequa Monique Brayboy and Mickey Fred, as Co-Administrators of the Estate of C.D.F., Tanequa Monique Brayboy, individually, and Mickey Fred, individually ("Plaintiffs") and Defendants, Fisher-Price, Inc., Mattel, Inc., and Walmart Inc. ("Defendants") (collectively, the "Parties"), hereby submit this June 2, 2023 Joint Status Report as ordered by this Court.

### **(1) Detailed Description of Discovery Conducted and Significant Discovery Yet to Be Completed**

The Parties continue to work together to move forward with discovery in this case as follows:

- On June 30, 2021, the Parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

- On July 22, 2021, Defendant Mattel, Inc. served its First Set of Interrogatories and Requests for Production of Documents to Plaintiffs. Defendant Mattel, Inc. also provided Plaintiffs authorization forms for Plaintiffs' execution to collect records relevant to this case, including medical records.

- On September 22, 2021, Plaintiffs provided responses to Defendants' first interrogatories, request for production, and signed medical authorizations for the various medical providers where Plaintiff and decedent received medical treatment.

- On November 1, 2021, Defendants prepared and sent a deficiency letter to Plaintiffs detailing the responses that Defendants contend should be supplemented based on the responsiveness and detail of Plaintiffs' answers.

- The Parties agree that the Court's Standing Protective Order (ECF No. 11) will govern the production of confidential documents in this case consistent with the Court's August 10, 2021 Order (ECF No. #55).

- On November 30, 2021, Plaintiffs disclosed her proposed expert economist, Gary Crakes, Ph.D., along with his expert report dated November 22, 2021.

- On December 10, 2021, Defendants served subpoenas to following entities to obtain relevant investigative records pertaining to the incident that is the subject of this case: (1) Bridgeport Fire Department EMS; (2) Bridgeport Police Department; and (3) Connecticut Office of Chief Medical Examiner.

- On December 16, 2021, Plaintiffs produced the Connecticut Department of Children and Families investigative file pertaining to the incident that is the subject of this case.

- On March 4, 2022, Plaintiffs served their first, second, third, and fourth sets of interrogatories and requests for production against Defendants Mattel, Inc. and Fisher-Price, Inc. Plaintiffs also served their first, second, and third sets of interrogatories and requests for production against Defendant Walmart Inc.

- On March 11, 2022, Plaintiffs disclosed their proposed forensic pathologist and pediatrician, Dr. Thomas A. Andrew, MD, FCAP, FAAP, along with his report dated

February 23, 2022.

- On April 4, 2022, Defendants Mattel, Inc. and Fisher-Price, Inc. served their responses to Plaintiffs' first, second, third, and fourth sets of interrogatories and requests for production.

- On April 7, 2022, Defendants deposed Plaintiff Tanequa Brayboy.

- On April 8, 2022, Defendants deposed Plaintiff Mickey Fred.

- On April 18, 2022, Defendant Walmart Inc. served its responses to Plaintiffs' first, second, and third sets of interrogatories and requests for production.

- On April 25, 2022, Defendants and Plaintiffs deposed fact witness Dr. Gregory Vincent, the medical examiner that conducted the autopsy of decedent C.D.F.

- On April 26, 2022, Defendants and Plaintiffs deposed fact witnesses Terrance Brinson and Tavona Norris, the individuals that were supervising and caring for the decedent C.D.F. at the time of her death.

- On May 17, 2022, Plaintiffs disclosed their proposed biomechanics expert Dr. Erin Mannen, Ph.D., along with her report dated May 12, 2022.

- On May 25, 2022, the Plaintiffs and Defendants participated in a Settlement Conference before Hon. S. Dave Vatti. The Settlement Conference did not result in a settlement.

- On June 9, 2022, Defendants and Plaintiffs deposed Detective Todd Toth of the Bridgeport Police Department, one of the investigative detectives that investigated the subject March 31, 2019 incident.

- On August 29, 2022, Defendants and Plaintiffs participated in a continued Settlement Conference before Hon. S. Dave Vatti. The Settlement Conference did not result in a settlement.

- On September 7, 2022, Plaintiffs' counsel Joseph Rossetti and Amita Rosetti withdrew

- from representing Plaintiffs and Plaintiffs' new counsel, Chrysten Dufour, took over as lead counsel for Plaintiffs.

- In an effort to allow additional time for the Parties to continue exploring the possibility of settlement and allow Plaintiffs' new lead counsel to adequately prepare Plaintiffs' case for trial, the Parties sought a brief extension of the deadlines outlined in the Court's Scheduling Order and Case Management Plan on September 26, 2022. This request was granted on September 26, 2022. (Doc. # 98).

- On January 11, 2023, the parties met and conferred virtually regarding prior witness depositions, exhibits, documents, and/or videos and are in the process of drafting and stipulating to the use of the depositions, exhibits, documents, and/or videos for the underlying lawsuit.

- On February 14, 2023 the Plaintiffs requested a Motion for Extension of time of the Amended Scheduling Order which was granted.

- On February 20, 2023 the Parties participated in a virtual mediation. The mediation did not result in a settlement.

- On April 21, 2023, Plaintiffs served their amended Fed. R. Civ. P. 26 disclosures identifying expert witnesses Paul C. Ivancic, Ph.D., Benjamin D. Hoffman, M.D., Thomas A. Andrew, M.D., Dr. Erin Mannen, Ph.D., and Gary Crakes, Ph.D.

- On May 5, 2023, the Parties entered into a stipulation permitting the parties to use certain deposition material from other litigation matters as though such discovery had been exchanged and conducted in this case. (Doc # 107 and 108).

- On May 6, 2023, Defendants produced a privilege log outlining documents and material withheld from production due to privilege. Which the Plaintiffs are actively reviewing and

preparing a response to.

- On May 8, 2023, Defendants served their supplemental Fed. R. Civ. P. 26(a)(1) initial disclosures.
- The Parties are currently engaged in scheduling and completing the depositions of Plaintiffs' expert witnesses by the August 9, 2023 deadline.
- The Parties continue their settlement negotiations and are working toward scheduling another private mediation.

**(2) Current Deadlines**

The Parties will follow the Amended Scheduling Order entered by the Court on September 26, 2022 (Doc. #98). For ease of reference, current, upcoming deadlines pursuant to the Court's Order are listed below:

- 08/09/2023 – Deadline to Complete Depositions of Plaintiffs' Experts
- 09/10/2023 – Deadline for Disclosure of Defendants' Experts
- 10/09/2023 – Deadline to: (a) Complete Depositions of Defendants' Experts; and (b) Complete Expert Discovery
- 09/29/2023 – Deadline to conduct Telephonic Status Conference and Pre-Filing Conference
- 11/03/2023 – Deadline to File *Daubert* Motions
- 12/02/2023 – Deadline to File Motions for Summary Judgment and other Dispositive Motions

**(3) Amendments to Pleadings or Additional Parties Contemplated**

Pursuant to the Scheduling Order and Case Management Plan (Doc. #46), the deadlines for amending pleadings or adding parties expired for Plaintiffs on June 1, 2021 and for Defendants on

July 2, 2021. At this time, the Parties do not contemplate amending the pleadings or adding additional parties but reserve the right to do so pursuant to the Federal Rules as discovery proceeds.

**(4) Whether the Parties Expect to File Any Dispositive Motions**

The Parties have discussed the likelihood of filing dispositive motions. Plaintiffs do not anticipate filing any dispositive motion(s). At this stage of litigation, Defendants anticipate filing a Motion for Summary Judgment by the December 2, 2023 deadline. The Parties reserve the right to file any *Daubert* motions by the November 3, 2023 deadline. The Parties are not yet in a position to determine whether they expect to file *Daubert* motions, given that expert discovery is in the early stages.

**(5) Whether the Parties Consent to Jurisdiction of a Magistrate Judge for All Purposes**

The Parties respectfully do not consent to the jurisdiction of a Magistrate Judge for all purposes, including trial.

\* \* \*

RESPECTFULLY SUBMITTED this 2nd day of June, 2023.

        PLAINTIFFS,
        TANEQUA MONIQUE BRAYBOY AND
        MICKEY FRED, AS CO-ADMINISTRATORS OF
        THE ESTATE OF C.D.F., TANEQUA MONIQUE
        BRAYBOY, INDIVIDUALLY, AND MICKEY
        FRED, INDIVIDUALLY

        */s/Chrysten A. Dufour*
        Chrysten A. Dufour, Esq. (ct28553)
        MOORE, OBRIEN, & FOTI
        891 Straits Turnpike
        Middlebury, CT 06762
        Telephone: (203) 272-5881
        cdufour@mojylaw.com

        DEFENDANTS,
        FISHER-PRICE, INC., MATTEL, INC., AND
        WALMART INC.

/s/ James O. Craven
James O. Craven (ct18790)
WIGGIN &DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: 203-498-4361
F: 203-782-2889
jcraven@wiggin.com


*/s/ Bardia Sanjabi*
Lori G. Cohen (*pro hac vice*)
Brandon D. Cox (*pro hac vice*)
Bardia Sanjabi (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
The Terminus
3333 Piedmont Road, N.E.
Suite 2500
Atlanta, GA 30305
Tel.:  678.553.2100
Fax:  678.553.2212
Email:  cohenl@gtlaw.com
Email: coxb@gtlaw.com

Mary Olga Lovett (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
1000 Louisiana Street
Suite 1700
Houston, TX 77002
Tel.:  713-374-3500
Fax:  713-374-3505
Email:lovettm@gtlaw.com
*Attorneys for Defendants Fisher-Price, Inc. and Mattel, Inc. Walmart, Inc.,*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System and served the foregoing by electronic mail and U.S. mail to the following:

Chrysten A. Dufour, Esq. (ct28553)
MOORE, OBRIEN, & FOTI
891 Straits Turnpike
Middlebury, CT 06762
Telephone: (203) 272-5881
cdufour@mojylaw.com

               */s/Bardia Sanjabi* _____
               Bardia Sanjabi, Esq.