## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TANEQUA MONIQUE BRAYBOY and
MICKEY FRED, as CO-ADMINISTRATORS
OF THE ESTATE OF C.D.F., TRANEQUA
MONIQUE BRAYBOY, individually, and
MICKEY FRED, individually

Case No. 3:21-cv-00384-RNC

          Plaintiffs,

    v.

October 30, 2023

FISHER-PRICE, INC., MATTEL, INC., and
WAL-MART, INC.

          Defendants.

## JOINT NOTICE OF CONFIDENTIAL SETTLEMENT

Plaintiff Tanequa Monique Brayboy and Mickey Fred, as Co-Administrators of the Estate of C.D.F., Tanequa Monique Brayboy, individually, and Mickey Fred, individually ("Plaintiffs"), and Defendants Fisher-Price, Inc., Mattel, Inc., and Walmart, Inc. ("Defendants") (collectively, the "Parties"), by and through counsel, advise the Court that the Parties have reached a confidential settlement with respect to all of Plaintiffs' claims, pending Probate Court Approval. The Parties are currently in the process of drafting and executing a written confidential settlement agreement/release that will memorialize the settlement terms, as well as obtaining Probate Court approval of the settlement. The Bridgeport Probate Court has set a hearing on October 31, 2023, to address Plaintiffs' request for approval of the settlement.

As a result, the Parties request the Court:

1. Vacate all scheduled hearings and deadlines; and

2. Grant the Parties thirty (30) days to finalize and execute the written confidential settlement agreement, and obtain approval of the same from the Bridgeport Probate Court, at which point the Parties will file a Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). If this thirty day period reasonably needs to be

1

extended based on the circumstances, the parties will file a motion for extension of time pursuant to Local Civil Rule 7(b).

RESPECTFULLY SUBMITTED this 30th day of October 2023.

PLAINTIFFS,
TANEQUA MONIQUE BRAYBOY AND
MICKEY FRED, AS CO-ADMINISTRATORS OF
THE ESTATE OF C.D.F., TANEQUA MONIQUE
BRAYBOY, INDIVIDUALLY, AND MICKEY
FRED, INDIVIDUALLY

*/s/Chrysten A. Dufour* _____
Chrysten A. Dufour, Esq. (ct28553)
MOORE, OBRIEN, & FOTI
891 Straits Turnpike
Middlebury, CT 06762
Telephone: (203) 272-5881
cdufour@mojylaw.com
*Attorney for Plaintiffs*

DEFENDANTS,
FISHER-PRICE, INC., MATTEL, INC., AND
WALMART INC.

*/s/ James O. Craven* _____
James O. Craven (ct18790)
David Norman-Schiff (ct30082)
WIGGIN & DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: 203-498-4361
F: 203-782-2889
jcraven@wiggin.com
dnorman-schiff@wiggin.com

*/s/ Bardia Sanabi* _____
Lori G. Cohen (*pro hac vice*)
Brandon D. Cox (*pro hac vice*)
Bardia Sanjabi (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
The Terminus

3333 Piedmont Road, N.E.
Suite 2500
Atlanta, GA 30305
Tel.:  678.553.2100
Fax:  678.553.2212
Email:  cohenl@gtlaw.com
Email:  coxb@gtlaw.com
Email:  sanjabib@gtlaw.com
*Attorneys for Defendants Fisher-Price, Inc. and*
*Mattel, Inc. Walmart, Inc.,*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 30, 2023, I electronically transmitted the attached document

to the Clerk's Office using CM/ECF System and served the foregoing by electronic mail:

Chrysten A. Dufour, Esq. (ct28553)
MOORE, OBRIEN, & FOTI
891 Straits Turnpike
Middlebury, CT 06762
Telephone: (203) 272-5881
cdufour@mojylaw.com

*/s/Bardia Sanjabi*_____
Bardia Sanjabi, Esq.
